## IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

## DIVISION II

| | |
|---|---|
| In the Matter of the Personal Restraint of | No. 55858-1-II |
| JONATHON CLYDE WOODS, | UNPUBLISHED OPINION |
| Petitioner. | |

MAXA, J. – Jonathon Clyde Woods seeks relief from personal restraint imposed following his 1989 conviction for aggravated first degree murder, for which he was sentenced to life imprisonment without possibility of parole.  He committed that crime when he was 18 years old. He now seeks resentencing under *In re Personal Restraint of Monschke*, 197 Wn.2d 305, 329, 482 P.3d 276 (2021), for the trial court to take into account his youth at the time of the crime. The State concedes that Woods is entitled to be resentenced under *Monschke*.

We accept the State's concession and remand Woods's judgment and sentence to the trial court for resentencing.  The certificate of finality will be issued as soon as possible.

A majority of the panel having determined that this opinion will not be printed in the Washington Appellate Reports, but will be filed for public record in accordance with RCW 2.06.040, it is so ordered.

_____
MAXA, J.

We concur:

_____
WORSWICK, P.J.

_____
VELJACIC, J.